UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RANDAL C. KRUEGER

          Plaintiff(s),                      Case No. 2:18-cv-13160

v.                                            Judge Bernard A. Friedman

EQUIFAX INC.                       Magistrate Judge Anthony P. Patti

          Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __EQUIFAX INC.__
                                                        [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ❏        No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ❏        No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: 10/10/2018                          /s/ Jordan S. Bolton
                                              Signature

                                              P66309
                                              Bar No.

                                              Clark Hill PLC 151 S Old Woodward, Suite 200
                                              Street Address

                                              Birmingham, MI 48009
                                              City, State, Zip Code

                                              313-965-8300
                                              Telephone Number

                                              JBolton@ClaerkHill.com
                                              Primary Email Address