## Pro Se Filer Application for Electronic Filing

LEGAL

| Contact Information | |
|---|---|
| Last Name | Krueger |
| First Name | Randal |
| Middle Name or Initial | C |
| Street Address | 16764 Lochmoor Cir E |
| Apartment or Suite | |
| City, State and Zip | Northville, MI 48168 |
| Phone Number | 248 982 9602 |
| Email Address | randyk7777@hotmail.com |

FILED USDC - CLRK DET
2018 OCT 29 PM 2:17

### Computer Information
You must answer yes to all questions below.

| | | |
|---|---|---|
| Do you have a computer or access to a computer? | ☒ Yes | ☐ No |
| Do you have access to the Internet? | ☒ Yes | ☐ No |
| Do you have a scanner? | ☒ Yes | ☐ No |
| Do you have the ability to convert documents to PDF? | ☒ Yes | ☐ No |
| *Do you have a PACER account? | ☒ Yes | ☐ No |

*As long as you have applied to receive a PACER account, you may indicate yes. See attachment for more information.

### Case Information
List your pending case below. If you have more than one pending case, submit one application per case.

| | |
|---|---|
| Case Number | 2:18-cv-13160-BAF-APP |
| Judge | Bernard A. Friedman / Magistrate Judge Anthony P. Patti |

### Requirements

| | |
|---|---|
| Acknowledgement of Training Requirement: ☐ | I understand that I must successfully complete the on-line training modules before a login and password will be issued to me. |
| Acknowledgement to abide by Court Rules and consent to receive electronic notification of filings: ☐ | I agree to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. I agree to file my papers and to receive notice of the filings of others pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. I understand that my user ID and password will serve as my signature. I understand the need to protect the security of my password and the need to immediately notify the court if I learn that my password has been compromised. |
| Acknowledgement of Application Requirements: ☒ | I understand that if I answered "No" to any questions in the Computer Information section, or failed to provide case information, my application will not be approved and I will not be notified of same. |
| Typed or Printed Name of Applicant | Randal Krueger |
| Signature of Applicant | /s/ Randal Krueger |
| Date of Application | 10-26-2018 |

**Clerk's Office Use Only**

| Date of Application: | Date of Issue: | Notes: |
|---|---|---|



For current or future case use, RK